ALEXANDER M. FARRELL, respondent,

*v.*

ALBERT BORK, appellant.

[Argued November 24th, 1909.   Decided February 28th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.

*Mr. Clarence L. Cole,* for the appellant.

*Mr. Ulysses G. Styron,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated by Vice-Chancellor Leaming in deciding the case in the court below.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, REED, TREN-CHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, GRAY, DILL, CONGDON—12.

*For reversal*—GARRISON, PARKER, VROOM—3.